IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DARRYL GEORGE, et al, | § | |
| Plaintiffs, | § | |
| V. | § | 3:24 cv 00012 |
| | §_____ | |
| GREG ABBOTT, et al. | § | Jury Trial Demanded |
| Defendants. | § | |

### PLAINTIFFS' NOTICE OF INTERLOCUTORY APPEAL

Notice is hereby given that Plaintiffs', Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the judgment granting the Defendants' Motion to Dismiss entered in this action on the 6th Day of August, 2024.

Respectfully submitted,

The Booker Law Firm
1200 Rothwell Street
Houston, Texas 77002
T: 713-292-2225
F: 713-583-3995

By: */s/Allie Booker*
Allie R. Booker SBN: 24071071
FBN: 1089873
booker@bookerlawfirm.com
LEAD COUNSEL

Law Office of Joseph K. Plumbar 1200 Rothwell Street
Houston, Texas 77002
T: 713-384-5507
F: 866-252-3048

By: */s/Joseph K. Plumbar*
Joseph K. Plumbar SBN: 24062331
FBN: 1493814
jplumbar@plumbarlaw.com
CO-COUNSEL

### NOTICE OF ELECTRONIC FILING

I, Allie Booker, Plaintiffs' Attorney, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Southern Texas, on this the 21ST day of August, 2024.

*/s/Allie Booker*
Allie Booker

### CERTIFICATE OF SERVICE

I, Allie Booker, Plaintiffs' Attorney, do hereby certify that I have forwarded a true and correct copy of the above, to all parties in this case, in accordance with The Federal Rules of Civil Procedure, on this on this the 21ST day of August, 2024.

*/s/Allie Booker*
Allie Booker